**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 03, 2024.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: § | | Case No. 23-51742-cag |
| **CINCH WIRELINE SERVICES, LLC** § | | |
| Debtor § | | Chapter 7 |
| _____ § | | _____ |
| **JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR CINCH WIRELINE SERVICES, LLC** § § § | | |
| Plaintiff § | | |
| § | | Adversary 24-05011-cag |
| v. § | | |
| § | | |
| **CINCH ENERGY SERVICES, LLC; CINCH INVESTMENT HOLDINGS, LLC; CES GROUP HOLDINGS, LLC; HOOK N BULL PROPERTIES, LLC; LOS CABOS RANCH, LLC; FTS RANCH, LLC; FTSJR HOLDINGS, LLC; WFO HOMES, LLC; TEXAS COAST BUILDERS, LLC; 17 MAIN, LLC; GRANDER HOLDINGS, LLC; WFO, LLC; PONDER RANCH, LLC; BL EQUITY HOLDINGS, LLC; OCEAN FLOOR HOLDINGS, LLC; FRANK THOMAS SHUMATE; MARK LOPEZ; LORETTA L. HIGGINS; TIMOTHY GAINES POLLARD; JERRY MILLER and such other yet unknown Defendants ("JOHN DOE DEFENDANTS")** § § § § § § § § § § § § § § § § § § | | |
| Defendants § | | |

**ORDER REQUIRING PRODUCTION OF BUSINESS RECORDS**

Upon the Sua Sponte motion of Defendant Loretta L. Higgins, CPA for a protective order and instructions based upon the extent of production of the Business Records for all Defendants contained in this Court's April 11 2024 Temporary Restraining Order at page 3 Paragraph c and after hearing the arguments of Ms. Higgins counsel regarding her reluctance as a CPA to disclose business records to which she as a CPA has access for some of the Defendants and the arguments of all counsel present before the court, it is

ORDERED that Loretta Higgins, CPA:

    a.    is to deliver to Plaintiff, all Plaintiff's and all Defendants' business records existing[1] and, in her possession or under her control, further

    b.    to deliver to Plaintiff the username and password, or such other sign-on or access codes necessary for complete access to the QuickBooks or such other accounting software containing any information relating, directly or indirectly to the following entities, Cinch Wireline Services, LLC; Cinch Energy Services, LLC; Cinch Investment Holdings, LLC; CES Group Holdings, LLC: Hook N Bull Properties, LLC; Los Cabos Ranch, LLC; FTS Ranch, LLC; FTSJR Holdings, LLC; WFO Homes, LLC; Texas Coast Builders, LLC; Grander Holdings, LLC; WFO, LLC; Texas Coast Builders, LLC; Ponder Ranch, LLC; BL Equity Holdings, LLC; Ocean Floor Holdings, LLC.

    a.    To deliver the computers and servers and any backup storage relating, directly or indirectly to the following entities: Cinch Wireline Services, LLC; Cinch Energy Services, LLC; Cinch Investment Holdings, LLC; CES Group Holdings, LLC: Hook N Bull Properties, LLC; Los Cabos Ranch, LLC; FTS Ranch, LLC; FTSJR Holdings, LLC; WFO Homes, LLC; Texas Coast Builders, LLC; Grander Holdings, LLC; WFO,

---

[1] For the avoidance of doubt, the business records, Quickbooks, username, password, and accounting records of 17 Main, LLC is excluded from this order.  Also the personal accounting records of Loretta Higgins is excluded.

LLC; Texas Coast Builders, LLC; Ponder Ranch, LLC; BL Equity Holdings, LLC; Ocean Floor Holdings, LLC.

      b.      Any records to which Loretta Higgins has access relating to the books or business records records of Michael Mendietta, Gracelda Mendietta, Arielle Mendietta, Justin Spencel and Mark W. Lopes. It is further

ORDERED that Plaintiff and his counsel are to coordinate with the representative of the Department of Justice (specifically the Federal Bureau of Investigation Field Agent) currently investigating the business operations of the Plaintiff's prior management and insiders to protect the integrity of and access to all business records delivered by Loretta Higgins, CPA to Plaintiff and it is further

    ORDERED that the Trustee shall have access to, and the right of exclusive possession of, all business records in the possession of the Debtor and Defendants, that the Trustee and his professionals including lawyers, accountants, auditors, and expert forensic analysts (the "Professionals") may review use, copy, make digital copies, and otherwise access these records, and all Professionals will execute an agreement to access, show, disclose, and discuss the documents solely with the Trustee or among the Trustee's Professionals and to no other persons or entities subject to further order of the Court.

***