# UNITED STATES BANKRUPTCY COURT

Western _____ District of Texas _____

In re  Cinch Wireline Services, LLC _____
Debtor

*(Complete if issued in an adversary proceeding)*

John Patrick Lowe, Chapter 7 Trustee for Cinch Wireline Services, LLC _____
Plaintiff

v.

Cinch Energy Services, LLC, *et al.* _____
Defendant

Case No.  23-51742-cag _____

Chapter  7 _____

Adv. Proc. No.  24-05011-cag _____

**EXHIBIT A**

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:  David Arnold _____
*(Name of person to whom the subpoena is directed)*

☑ *Production*:  **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  All records related, directly or indirectly, to the following entities: Cinch Wireline Services, LLC; Cinch Energy Services, LLC; Cinch Investment Holdings, LLC; CES Group Holdings, LLC; Hook N Bull Properties, LLC; Los Cabos Ranch, LLC; FTS Ranch, LLC; FTSJR Holdings, LLC; WFO Homes, LLC; Texas Coast Builders, LLC; Grander Holdings, LLC; WFO, LLC; Ponder Ranch, LLC; BL Equity Holdings, LLC; Ocean Floor Holdings, LLC; Frank Thomas Shumate; Mark Lopez; Loretta L. Higgins; Timothy Gaines Pollard; and Jerry Miller

| PLACE  Butch Boyd, Butch Boyd Law Firm, 2905 Sackett Street, Houston, TX 77098 | DATE AND TIME  June 17, 2024 @ 10:00am |
| --- | --- |

☐ *Inspection of Premises*:  **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
| --- | --- |
| | |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  06.03.2024 _____

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* John Patrick Lowe, Chapter 7 Trustte for Cinch Wireline Services, LLC _____ , who issues or requests this subpoena, are:

Butch Boyd, Butch Boyd Law Firm, 2905 Sackett Street, Houston, TX 77098: 713-589-8477; butchboyd@butchboydlawfirm.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

| | | |
|---|---|---|
| IN RE CINCH WIRELINE SERVICES, LLC | § § § | |
| **DEBTOR** | § | IN THE  US BANKRUPTCY COURT, WESTERN |
| | § | DISTRICT OF TEXAS |
| JOHN PATRICK LOWE, CHAPTER 7 | § | CHAPTER 7 |
| TRUSTEE FOR CINCH WIRELINE | § | ADV. PROC. NO. 24-05011-CAG |
| SERVICES, LLC | § | |
| **PLAINTIFF** | § | |
| | § | |
| V. | § | |
| | § | |
| CINCH ENERGY SERVICES, LLC, | § | |
| ET AL, | § | |
| **DEFENDANT** | § | |

**DECLARATION OF MAILING**

**On Monday, June 3, 2024 at 03:41 PM** - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING), WITNESS FEE CHECK **CAME TO HAND.**

**ON TUESDAY, JUNE 4, 2024** - THE ABOVE NAMED DOCUMENTS WERE MAILED TO: **DAVID ARNOLD** AT **3901 N. MAIN, VICTORIA, VICTORIA COUNTY, TX 77901** VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED. THE TRACKING NUMBER IS 9315 4699 0430 0121 8927 87.

Please see the attached green card.

My name is MELISSA MONTEMAYOR. My address is 1201 Louisiana, Suite 370, Houston, Texas 77002, USA. I am a private process server authorized by and through the Supreme Court of Texas (PSC-19318, expires Friday, January 31, 2025). My date of birth is October 26, 1993. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Thursday, June 13, 2024.

**/S/ MELISSA   MONTEMAYOR**

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |

**Return Receipt** (Form 3811) Barcode

|||||| |||| ||| |||| ||| |||| ||||| ||| |||| |||| ||||

9590 9699 0430 0121 8927 81

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Kathyn Irwin

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

DAVID ARNOLD
3901 N. MAIN
VICTORIA, TX 77901

TUE 04 JUN 2024

AFSM 4 N HOU 773

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

323122.2

2. Certified Mail (Form 3800) Article Number

9315 4699 0430 0121 8927 87

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt