

**Invoice**

3901 N Main, Victoria, TX 77901
www.dewebworks.com

| Date | Invoice # |
|---|---|
| 6/12/2024 | 96162 |

| Bill To |
|---|
| Butch Boyd Law Firm<br>Butch Boyd<br>2905 Sackett Street<br>Houston, Texas 77098 |

| Terms | Project |
|---|---|
| Due on receipt | |

| Item | Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Consultation | | PREPAYMENT REQUIRED<br><br>Respond to subpoena for case #23-51742-cag -- Research and produce any documents related to Cinch Energy Services LLC. | 1 | 2,500.00 | 2,500.00 |
| | | | | 8.25% | 0.00 |

| | **Invoice Total** | $2,500.00 |
|---|---|---|
| | **Payments/Credits** | $0.00 |

**EXHIBIT C**

**From:** David Arnold <davea@dewebworks.com>
**Date:** June 13, 2024 at 8:40:28 AM CDT
**To:** Butch Boyd <butchboyd@butchboydlawfirm.com>
**Subject: Invoice 96162 from D.E. Web Works, LLC**

## D.E. Web Works, LLC

**Invoice** *Due: 06/12/2024*
*96162*

Amount Due: **$2,500.00**

Dear Butch Boyd:

Here is your latest electronic invoice from D.E. Web Works. If you wish for your invoices to go to someone different in your organization, just reply to this email and let us know.

For your convenience, we have the following payment options:
1. Pay your invoice online through our Secure Online Payment System. See below.
2. Sign up for automatic payments at https://www.dewebworks.com/contact-us/ebilling-form
3. Mail your payment to the address listed on the invoice.

Please note that if we have you set up for automatic billing to your credit card or ACH, you will still receive this email, but the balance due will reflect a zero balance. If it does not reflect a zero balance, please contact us immediately.

If you have questions about the invoice you have received, please feel free to reply to this email or call us at 1-800-759-3670 or 361-575-7656.

Electronic invoicing is just one more way that D.E. Web Works is doing its part to give back to the environment. For more information about our environmental initiative, visit http://www.dewebworks.com/company/environmental-commitment

Thank you for helping us be Part of the Solution.

We sincerely appreciate your business.

D.E. Web Works, LLC

**View & Pay Invoice**