

On Jun 21, 2024, at 5:58 AM, David Arnold <davea@dewebworks.com> wrote:

Butch,

I understand that you called and was extremely rude to members of our staff yesterday. You now have my attention. You sent a certified letter stating that I was "COMMANDED" to produce documents. So, I sent you an invoice "COMMANDING" you to pay our firm to do research for you. You did not respond to that invoice in a timely manner. Instead, you waited until after the deadline to contact us about it and yes, I'm on vacation until Tuesday. By the way, a non-court signed "subpoena" from you is not a legal summons. It's, at best, a plea for information to help you in your case. If you had politely asked for information, we would have probably politely handed it over.

You still have not told us exactly what it is you are looking for, so we can't tell you if we even have that information.

Now, you are threatening to haul my COO and myself into court next week. If this is the case, I'll re-do the invoice and resend it to you for $5k to cover our expenses and our hourly rates for the day. You will need to pay that before that day or we will not be showing up.

Thanks,

David Arnold

<image001.jpg>

p: 361-575-7656
t: 800-759-3670
e: davea@dewebworks.com
w: www.dewebworks.com
f: www.facebook.com/dewebworksvictoria

**From:** Butch Boyd <butchboyd@butchboydlawfirm.com>
**Sent:** Friday, June 21, 2024 6:25 AM
**To:** David Arnold <davea@dewebworks.com>
**Cc:** Nicole Moore <nicole@dewebworks.com>
**Subject:** Re: Cinch Energy

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr Arnold I was not rude just direct. And you can take the position that was not a proper subpoena but I assure you it is and If you do not intend to comply, I will ask the Court to enforce it.

Best

Butch

**From:** David Arnold <davea@dewebworks.com>
**Date:** June 21, 2024 at 9:16:55 AM CDT
**To:** Butch Boyd <butchboyd@butchboydlawfirm.com>
**Cc:** Nicole Moore <nicole@dewebworks.com>
**Subject: RE: Cinch Energy**

Butch,

I just had the office send me the subpoena again. I misspoke – it IS a valid subpoena, but you will need a court order to enforce it. We work in security and do NOT hand over information to anyone without a court order.

The section below means absolutely nothing to me, nor do I even know who you represent. So, again – tell us what you are actually looking for. We will determine IF we have relevant documents to provide. If so, then once you have paid our initial invoice, we will begin the process of gathering said documentation for you, as long as it does not break any confidentiality agreements that might be in place.

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records related, directly or indirectly, to the following entities: Cinch Wireline Services, LLC; Cinch Energy Services, LLC; Cinch Investment Holdings, LLC; CES Group Holdings, LLC; Hook N Bull Properties, LLC; Los Cabos Ranch, LLC; FTS Ranch, LLC; FTSJR Holdings, LLC; WFO Homes, LLC; Texas Coast Builders, LLC; Grander Holdings, LLC; WFO, LLC; Ponder Ranch, LLC; BL Equity Holdings, LLC, Ocean Floor Holdings, LLC; Frank Thomas Shumate; Mark Lopez; Loretta L. Higgins; Timothy Gaines Pollard; and Jerry Miller

| PLACE Butch Boyd, Butch Boyd Law Firm, 2905 Sackett Street, Houston, TX 77098 | DATE AND TIME June 17, 2024 @ 10:00am |
|---|---|

Thanks,

David Arnold



p: 361-575-7656
t: 800-759-3670
e: davea@dewebworks.com
w: www.dewebworks.com
f: www.facebook.com/dewebworksvictoria