IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | | |
|---|---|---|
| In re: § | | |
| CINCH WIRELINE SERVICES, LLC § | Case No. 23-51742-cag | |
| Debtor § | Chapter 7 | |
| § | | |
| JOHN PATRICK LOWE, CHAPTER 7 § | | |
| TRUSTEE FOR CINCH WIRELINE § | | |
| SERVICES, LLC, § | | |
| Plaintiff § | | |
| v. § | | |
| § | Adversary 24-05011-cag | |
| FRANK THOMAS SHUMATE; MARK § | | |
| LOPEZ; LORETTA L. HIGGINS; § | | |
| TIMOTHY GAINES POLLARD; JERRY § | | |
| MILLER; MARTIN KROESCHE; § | | |
| [THE "INDIVIDUAL-DEFENDANTS"] § | | |
| CINCH ENERGY SERVICES, LLC; § | | |
| CINCH INVESTMENT HOLDINGS, LLC; § | | |
| CES GROUP HOLDINGS, LLC; HOOK N § | | |
| BULL PROPERTIES, LLC; LOS CABOS § | | |
| RANCH, LLC; FTS RANCH, LLC; FTSJR § | | |
| HOLDINGS, LLC; WFO HOMES, LLC; § | | |
| TEXAS COAST BUILDERS, LLC; 17 § | | |
| MAIN, LLC; GRANDER HOLDINGS, § | | |
| LLC; WFO, LLC; PONDER RANCH, § | | |
| LLC; BL EQUITY HOLDINGS, LLC; § | | |
| OCEAN FLOOR HOLDINGS, LLC; § | | |
| SUPERIOR READY MIX OF TEXAS, § | | |
| LLC; SUPERIOR READY MIX, LLC; § | | |
| CAPITAL PROPERTY INVESTING, § | | |
| LLC; CORE ASSET RESOURCES, § | | |
| LLC; DRAKEFIRE MANAGEMENT, § | | |
| LLC; EDMUND HOME BUILDERS, § | | |
| LLC; CHATTINGTON INVESTMENTS, § | | |
| LLC; WILLIAM H HOLDINGS, LLC; § | | |
| LONE STAR CEMENT COMPANY, LLC; § | | |
| TIM POLLARD CONSTRUCTION, INC. § | | |
| [The "Entity Defendants"] § | | |
| and Other Yet UNKNOWN DEFENDANTS § | | |
| ["John Doe-Defendants"]; and § | | |
| SIMMONS BANK § | | |
| Defendants § | | |

1

# SECOND AMENDED
## WITNESS AND EXHIBIT LIST OF
## JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES John Patrick Lowe, Trustee ("Trustee"), the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, and hereby files its Second Amended Witness and Exhibit List to be used in connection with the Tuesday, July 30, 2024 hearings[1]. Trustee may call the following witnesses and offer the following exhibits:

## LIST OF WITNESSES

1. Patrick Lowe
2. Frank Thomas Shumate
3. Loretta Higgins
4. Tim Pollard
5. Shelby Jordan
6. Butch Boyd
7. Any witness called by any other creditor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required.
8. Any rebuttal witnesses necessary.

## LIST OF EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration and Proffer of Direct Testimony of Shelby A. Jordan [Judicial Notice #90-1] | | | | |
| 2. | Declaration and Proffer of Direct | | | | |

---

[1] Hearings currently set are:
    1. Trustee's Motion for Sanctions (#66), Supplement to the Motion for Sanctions (#112)
    2. Trustee's Motion for Leave to File Amended Complaint (#187)

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Testimony of Ernest "Butch" Boyd [Judicial Notice #90-2] |  |  |  |  |
| 3. | Photos of 30 boxes from first visit to Cinch offices on 4/26/24 |  |  |  |  |
| 4. | Photos of 80 boxes from second visit to Cinch offices on 5/7/24 |  |  |  |  |
| 5. | Photos of sever from second visit to Cinch offices on 5/7/24 |  |  |  |  |
| 6. | Photos of boxes of laptops and a sever from second visit to Cinch offices on 5/7/24 |  |  |  |  |
| 7. | Commercial Contract for 5821 Agnes Street with PMI LLC with a closing date of 6/10/24 signed by Pollard |  |  |  |  |
| 8. | Photo of O'Finan on phone with Shumate on first visit to Cinch offices on 4/26/24 |  |  |  |  |
| 9. | Burn Pit (Admitted as Exhibit 1 on 4/19/24 during Preliminary Injunction Hearing) |  |  |  |  |
| 10. | Verification signed by Shumate and notarized by Mathis from case no. 5:24-cv-00319-OLG; Docket #10 |  |  |  |  |
| 11. | Screenshot of Cinch Server Screen |  |  |  |  |
| 12. | Screenshot of Cinch Server Screen |  |  |  |  |
| 13. | 7/24/24 Letter to Dick Fuqua |  |  |  |  |
| 14. | First Amended Complaint [Judicial Notice Docket #187-1-187-41] |  |  |  |  |
| 15. | Motion to Enforce Stay Against Simmons Bank [Adversary #111] |  |  |  |  |
| 16. | CES Group Holdings LLC Operating Account June 2024 Charter Bank Statement |  |  |  |  |
| 17. | Live Access to Cinch OneDrive |  |  |  |  |
| 18. | 5/2/24 Email from L. Higgins to R. Lee Murphy |  |  |  |  |
|  | Any exhibit identified, introduced, designated or relied upon by any other party. |  |  |  |  |
|  | Any exhibits necessary for rebuttal or impeachment purposes. |  |  |  |  |

The Trustee reserves the right to amend this Exhibit List and to introduce other exhibits as may be necessary for impeachment purposes. The Trustee also reserves the right to introduce exhibits designated by opposing counsel.

Dated: July 30, 2024

Respectfully submitted,

*/s/ Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
St. Bar No. 24074839; SD. No. 1127322
**JORDAN& ORTIZ, P.C.**
500 N. Shoreline Blvd, Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

/s/ *Butch Boyd*
Butch Boyd
State Bar No. 00783694
Butch Boyd Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713)589-8563
Email: butchboyd@butchboydlawfirm.com
copy to: katrinaboyd@butchboydlawfirm.com
**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Witness and Exhibit List was served to the below, by the CM/ECF system or by electronic mail on July 30, 2024:

**Gabi S Canales**
Canales Law Office
5262 S Staples St.
Suite 100
Corpu Christi, TX 78411
361-887-4700
361-887-4761 (fax)
gabilaw14@gmail.com
 *Assigned: 05/14/2024*

representing

**Michael Mendietta**
*(Interested Party)*

**Richard L. Fuqua**
Fuqua & Associates, PC
8558 Katy Freeway
Suite 119
77024
Houston, TX 77024
713-960-0277
713-960-1064 (fax)
fuqua@fuqualegal.com
 *Assigned: 05/28/2024*

representing

**Loretta L. Higgins**
24030 Tirso River Court
Katy, TX 77493
*(Defendant)*

**R. Javier Guerra**
Ray Pena McChristian, PC
9601 McAllister Freeway, Suite 901
San Antonio, TX 78216
(210) 775-3554
(210) 341-3557 (fax)
jguerra@raylaw.com
 *Assigned: 05/20/2024*

representing

**Jerry Miller**
137 W. Chandler Road
Sarita, TX 78385
*(Defendant)*

**Aaron Matthew Guerrero**
Bond Ellis Eppich Schafer Jones LLP
950 Echo Lane
Suite 120
Houston, TX 77024
713-335-4838
832-740-1411 (fax)
aaron.guerrero@bondsellis.com
 *Assigned: 04/26/2024*

representing

**17 Main, LLC**
c/o Daniel Namvar, Registered Agent
9135 Hilllsboro Dr
Los Angeles, CA 90034
*(Defendant)*

**Charles A. Newton**

representing

**Mark Lopez**

Newtons Law
190 N. Millport Circle
The Woodlands, TX 77382
281-681-1170
281-901-5631 (fax)
chuck@newtons.law
  *Assigned: 05/02/2024*

  *Assigned: 05/13/2024*

52 County Road 2011
Edna, TX 77957
*(Defendant)*

representing

**Los Cabos Ranch, LLC**
c/o Paul S Kirklin, Registered Agent
12600 N. Featherwood Drive, Suite 225,
Houston, TX 77034
*(Defendant)*

**Paul W. O'Finan**
S M Chaudhry, Esq., Attorney at Law PLLC
14100 San Pedro Ave, Suite 210
San Antonio, TX 78232
(210) 646-9400
(210) 646-0038 (fax)
paul@smcesq.com
  *Assigned: 04/24/2024*
  *TERMINATED: 06/27/2024*

  *Assigned: 05/08/2024*

representing

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414
*(Defendant)*

representing

**Timothy Gaines Pollard**
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**WFO Homes, LLC**
c/o Tim Pollard, Registered Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

**WFO, LLC**
c/o Tim Pollard, Registered Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

  *Assigned: 05/08/2024*

representing

**BL Equity Holdings, LLC**

*Assigned: 05/08/2024*
*TERMINATED: 06/27/2024*

representing

c/o A Registered Agent, Inc
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**CES Group Holdings, LLC**
c/o Frank T. Shumate,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Cinch Energy Services, LLC**
Mark Lopez, Registered Agent
1102 S. Second
Ganado, TX 77962
*(Defendant)*

**Cinch Investment Holdings, LLC**
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr,
Registered Agen
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.

Registered Age
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr.
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Jameson Joseph Watts**
Husch Blackwell LLP
111 Congress
Suite 1400
Austin, TX 78701
512-479-1179
512-479-1101 (fax)
jameson.watts@huschblackwell.com
 *Assigned: 06/03/2024*

representing

**CES Group Holdings, LLC**
c/o Frank T. Shumate,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Cinch Energy Services, LLC**
Mark Lopez, Registered Agent
1102 S. Second
Ganado, TX 77962
*(Defendant)*

**Cinch Investment Holdings, LLC**
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr,
Registered Agen
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.
Registered Age
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**

|  |  |  |
|---|---|---|
|  |  | c/o Frank T Shumate Jr. Registered Agent 2200 County Road 413 McCoy, TX 78113 *(Defendant)* |
|  |  | **WFO Homes, LLC** c/o Tim Pollard, Registered Agent 146 Motts Parkway Marion, TX 78124 *(Defendant)* |
| J. Mitchell Clark, of Counsel Hilliard Law 719 S. Shoreline Blvd. Corpus Christi, TX 78401 Telephone: 361-882-1612 Facsimile: 361-882-3015 Email: mitchell@hilliard-law.com agrissom@hilliard-law.com | representing | **Justin Sprencel** (Interested Person) |

*/s/ Shelby A. Jordan*
Shelby A. Jordan