**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-51742-cag |
| **CINCH WIRELINE SERVICES, LLC** | § | |
| Debtor | § | **Chapter 7** |
| _____ | § | _____ |
| **JOHN PATRICK LOWE, CHAPTER 7** | § | |
| **TRUSTEE FOR CINCH WIRELINE** | § | |
| **SERVICES, LLC** | § | |
| Plaintiff | § | |
| | § | **Adversary 24-05011-cag** |
| v. | § | |
| | § | |
| **CINCH ENERGY SERVICES, LLC;** | § | |
| **CINCH INVESTMENT HOLDINGS, LLC;** | § | |
| **CES GROUP HOLDINGS, LLC; HOOK N** | § | |
| **BULL PROPERTIES, LLC; LOS CABOS** | § | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** | § | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** | § | |
| **TEXAS COAST BUILDERS, LLC; 17** | § | |
| **MAIN, LLC; GRANDER HOLDINGS,** | § | |
| **LLC; WFO, LLC; PONDER RANCH,** | § | |
| **LLC; BL EQUITY HOLDINGS,** | § | |
| **LLC; OCEAN FLOOR HOLDINGS, LLC;** | § | |
| **FRANK THOMAS SHUMATE; MARK** | § | |
| **LOPEZ; LORETTA L. HIGGINS;** | § | |
| **TIMOTHY GAINES POLLARD; JERRY** | § | |
| **MILLER and such other yet unknown** | § | |
| **Defendants ("JOHN DOE DEFENDANTS")** | § | |
| Defendants | § | |

**NOTICE OF HEARING ON TRUSTEE'S AMENDED MOTION FOR SANCTIONS**

Please take notice that a hearing will be held on the Trustee's Amended Motion for Sanctions. The hearing will be held in S.A. Courtroom 3, 5th Floor, Hipolito F. Garcia Fed Bldg. & Courthouse, 615 E. Houston St., San Antonio, TX 78205, on **Thursday, August 14, 2024, at 10:00 a.m.**

Dated August 1, 2024

Respectfully submitted,

By:
/s/ *Butch Boyd*
Butch Boyd
State Bar No. 00783694
**BUTCH BOYD LAW FIRM, P.C.**
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713) 589-8563
Email: butchboyd@butchboydlawfirm.com
Copy to: katrinaboyd@butchboydlawfirm.com


/s/ *Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700
Antonio Ortiz
St. Bar No. 24074839
***JORDAN & ORTIZ, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email:     sjordan@jhwclaw.com
           aortiz@jhwclaw.com
Copy to:   cmadden@jhwclaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK
LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to the below by the CM/ECF system by electronic mail on August 1, 2024:

**Gabi S Canales**
Canales Law Office
5262 S Staples St.
Suite 100
Corpus Christi, TX 78411          representing
361-887-4700
361-887-4761 (fax)
gabilaw14@gmail.com
 *Assigned: 05/14/2024*

**Michael Mendietta**
*(Interested Party)*

**Richard L. Fuqua**
Fuqua & Associates, PC
8558 Katy Freeway
Suite 119
77024                                representing
Houston, TX 77024
713-960-0277
713-960-1064 (fax)
fuqua@fuqualegal.com
 *Assigned: 05/28/2024*

**Loretta L. Higgins**
24030 Tirso River Court
Katy, TX 77493
*(Defendant)*

**R. Javier Guerra**
Ray Pena McChristian, PC
9601 McAllister Freeway, Suite 901
San Antonio, TX 78216
(210) 775-3554                       representing
(210) 341-3557 (fax)
jguerra@raylaw.com
 *Assigned: 05/20/2024*

**Jerry Miller**
137 W. Chandler Road
Sarita, TX 78385
*(Defendant)*

**Aaron Matthew Guerrero**
Bond Ellis Eppich Schafer Jones LLP
950 Echo Lane
Suite 120
Houston, TX 77024                    representing
713-335-4838
832-740-1411 (fax)
aaron.guerrero@bondsellis.com
 *Assigned: 04/26/2024*

**17 Main, LLC**
c/o Daniel Namvar, Registered Agent
9135 Hillsboro Dr.,
Los Angeles, CA 90034
*(Defendant)*

**Charles A. Newton**
Newtons Law
190 N. Millport Circle
The Woodlands, TX 77382
281-681-1170
281-901-5631 (fax)
chuck@newtons.law
  *Assigned: 05/02/2024*

representing

**Mark Lopez**
52 County Road 2011
Edna, TX 77957
*(Defendant)*

  *Assigned: 05/13/2024*

representing

**Los Cabos Ranch, LLC**
c/o Paul S Kirklin, Registered Agent
12600 N. Featherwood Drive, Suite 225,
Houston, TX 77034
*(Defendant)*

**Paul W. O'Finan**
S M Chaudhry, Esq., Attorney at Law PLLC
14100 San Pedro Ave, Suite 210
San Antonio, TX 78232
(210) 646-9400
(210) 646-0038 (fax)
paul@smcesq.com
  *Assigned: 04/24/2024*
  *TERMINATED: 06/27/2024*

representing

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414
*(Defendant)*

  *Assigned: 05/08/2024*

representing

**Timothy Gaines Pollard**
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**WFO Homes, LLC**
c/o Tim Pollard, Registered Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

**WFO, LLC**
c/o Tim Pollard, Registered Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

| | | |
|---|---|---|
| *Assigned: 05/08/2024* | representing | **BL Equity Holdings, LLC**<br>c/o A Registered Agent, Inc<br>8 The Green, Suite A<br>Dover, DE 19901<br>*(Defendant)* |
| *Assigned: 05/08/2024*<br>*TERMINATED: 06/27/2024* | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate,<br>Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)* |
| | | **Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **FTS Ranch, LLC**<br>c/o Frank T Shumate Jr.,<br>Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **FTSJR Holdings, LLC**<br>c/o Frank T Shumate, Jr.,<br>Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **Grander Holdings, LLC**<br>c/o Frank T Shumate Jr.,<br>Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Jameson Joseph Watts**
Husch Blackwell LLP
111 Congress Ave.,
Suite 1400
Austin, TX 78701                      representing
512-479-1179
512-479-1101 (fax)
jameson.watts@huschblackwell.com
  *Assigned: 06/03/2024*

**CES Group Holdings, LLC**
c/o Frank T. Shumate,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Cinch Energy Services, LLC**
Mark Lopez, Registered Agent
1102 S. Second
Ganado, TX 77962
*(Defendant)*

**Cinch Investment Holdings,
LLC**
2200 County Road 413

McCoy, TX 78113
*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413

McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**WFO Homes, LLC**
c/o Tim Pollard, Registered
Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

J. Mitchell Clark, of Counsel
Hilliard Law
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: 361-882-1612
Facsimile: 361-882-3015
Email: mitchell@hilliard-law.com
agrissom@hilliard-law.com

Representing **Justin Sprencel**
(Interested Person)

*/s/ Butch Boyd*
Butch Boyd