## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## (SAN ANTONIO DIVISION)

| | | |
|---|---|---|
| **In re:** § | | |
| **CINCH WIRELINE SERVICES, LLC** § | | **Case No. 23-51742-cag** |
| Debtor § | | **Chapter 7** |
| _____ § | | _____ |
| | § | |
| **JOHN PATRICK LOWE, CHAPTER 7** § | | |
| **TRUSTEE FOR CINCH WIRELINE** § | | |
| **SERVICES, LLC,** § | | |
| Plaintiff § | | |
| **v.** § | | |
| § | | **Adversary 24-05011-cag** |
| **FRANK THOMAS SHUMATE; MARK** § | | |
| **LOPEZ; LORETTA L. HIGGINS;** § | | |
| **TIMOTHY GAINES POLLARD; JERRY** § | | |
| **MILLER; MARTIN KROESCHE;** § | | |
| [The "Individual-Defendants"] § | | |
| **CINCH ENERGY SERVICES, LLC;** § | | |
| **CINCH INVESTMENT HOLDINGS, LLC;** § | | |
| **CES GROUP HOLDINGS, LLC; HOOK N** § | | |
| **BULL PROPERTIES, LLC; LOS CABOS** § | | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** § | | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** § | | |
| **TEXAS COAST BUILDERS, LLC; 17** § | | |
| **MAIN, LLC; GRANDER HOLDINGS,** § | | |
| **LLC; WFO, LLC; PONDER RANCH,** § | | |
| **LLC; BL EQUITY HOLDINGS, LLC;** § | | |
| **OCEAN FLOOR HOLDINGS, LLC; et al.** § | | |
| Defendants § | | |

**ORDER GRANTING MOTION TO STRIKE THE SIMMONS BANK'S RESPONSE AND OBJECTION TO PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Came on for consideration, the MOTION TO STRIKE the Simmons Bank Objection to Plaintiff's Partially Unopposed Motion for Leave to File First Amended Complaint to Recover Assets and Actual and Punitive Damages for Fraud, Actual and Constructive Fraudulent Transfers, Recovery for the Resulting Trust in Favor of Plaintiff and seeking Related Injunctive, Declaratory, and Equitable Relief (Dkt #198) (the "Motion"). The Court finds that good cause exists to grant the relief requested.

IT IS THEREFORE, ORDERED THAT the Motion is GRANTED.

###

SUBMITTED FOR ENTRY BY:
Shelby A. Jordan
St. Bar No. 11016700
Antonio Ortiz
St. Bar No. 24074839
***JORDAN & ORTIZ, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

Butch Boyd
State Bar No. 00783694
Butch Boyd Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098
713.589.8477
713.589.8563 (Fax)
Email: butchboyd@butchboydlawfirm.com
Copy to: katrinaboyd@butchboydlawfirm.com
**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**