## LOS CABOS RANCH LLC'S RESOLUTION OF SIGNING AUTHORITY.

**WHEREAS**, Los Cabos Ranch LLC is determined to grant signing rights and authority to certain persons described hereunder to sell the real property owned by the limited liability company. It is

**RESOLVED**, that the entire membership of Los Cabos Ranch LLC hereby authorizes and empowers Mark Lopez, the managing member of the limited liability company, to negotiate, sign or execute any and all written instruments, agreements, documents, deeds, powers of attorney, transfers, assignments, contracts, obligations, certificates and other instruments concerning the sell of the real property presently owned by Los Cabos Ranch LLC, including any and all sales agreements, closing documents and documents relating to same. (The property description is attached hereto as Exhibit A).

_____  Date: 7/16/24
**MARK LOPEZ**
Managing Member

_____  Date: 7/16/24
**DOLLY LOPEZ**
Member

_____  Date: 7/16/24
**STACY TOMAS**
Member

# EXHIBIT A

**Tract I:**

Field notes of a 159.00 acre tract of land, being part of a 602.95 acre tract conveyed from The Speck and Polly New Charitable Foundation, Inc. to the Arnecke Family Limited Partnership by Special Warranty Deed dated April 24th, 2009, recorded in Instrument No. 200904261 of the Official Public Records of Victoria County, Texas;

Said 159.00 acre tract is comprised of a portion of the John B. Sideck Grant, Abstract 108, and the Miguel Manchaca Survey, Abstract 86, is situated in Victoria County, Texas; approximately 14 1/2 miles southwest of the City of Victoria, and is described by metes and bounds as follows:

Beginning at a 5/8" iron rod found at the northwest corner of said 602.95 acre tract and an interior corner of a 308.94 acre tract conveyed from Eddie R. Stubbs, Jr., to Los Cabos Ranch LLC, by Warranty Deed dated January 27th, 2021, recorded in Instrument No. 202101324 of the Official Public Records of Victoria County, Texas; for the northwest corner of this tract;

Thence S 76° 51' 35" E along a south line of said 308.94 acre tract, the north line of said 602.95 acre tract, and north line of this tract, a distance of 5416.94 feet to a 5/8" iron rod with surveyor's cap stamped "2028" found at the northerly southeast corner of said 308.94 acre tract and northeast corner of this tract;

Thence S 05° 14' 26" E along the northerly east line of this tract, crossing said 602.95 acre tract, a distance of 732.05 feet to a 5/8" iron rod found at an interior corner of said 602.95 acre tract and north corner of a 97.32 acre tract Parcel A conveyed from the Estate of Louise B. Murphy, Deceased, et al, to James J. Murphy, III, by Deed dated March 13, 2000, recorded in Instrument No. 200011833 of the Official Records of Victoria County, Texas; for the northerly southeast corner of this tract;

Thence S 44° 48' 40" W along a northwest line of said 97.32 acre tract, a southeast line of said 602.95 acre tract, and easterly southeast line of this tract, a distance of 445.92 feet to a 5/8" iron rod with surveyor's cap stamped "RPLS 1907" set for an exterior corner of this tract;

Thence N 76° 51' 35" W across said 602.95 acre tract, along a south line of this tract, a distance of 844.35 feet to a 5/8" iron rod with surveyor's cap stamped "RPLS 1907' set for an interior corner of this tract;

Thence S 44° 50' 29" W across said 602.95 acre tract and along the westerly southeast line of this tract, a distance of 256.08 feet to a 5/8" iron rod with surveyor's cap stamped "RPLS 1907" set for the westerly southeast corner of this tract;

Thence N 76° 51' 35" W across said 602.95 acre tract and along a south line of this tract, a distance of 4439.24 feet to a 5/8" iron rod with surveyor's cap stamped "RPLS 1907" set in the west line of said 602.95 acre tract and southerly east line of said 308.94 acre tract, for the southwest corner of this tract;

Thence N 13° 20' 25" E along the west line of said 602.95 acre tract, the southerly east line of said 308.94 acre tract, and west line of this tract, a distance of 1292.09 feet to the place of beginning, containing 159.00 acres of land, more or less; subject to all easements of record.

**TRACT II:**

Being an egress and ingress easement 60 feet in width out of that 4897.82 acre tract described in a conveyance by William O. Green, Jr. as Independent Executor of the Estate of Polly Henry New, Deceased and as Trustee of the Speck and Polly New Charitable Foundation to the Speck and Polly New Charitable Foundation, Inc. by deed dated May 6, 2002 and being recorded as Instrument No. 200207444 in the Official Records of Victoria County, Texas and being out of the John B. Sideck Grant, Abstract No. 108, Victoria County, Texas.