**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION.**

| | |
|---|---|
| **IN RE:** <br><br> **CINCH WIRELINE SERVICES, LLC,** <br> DEBTOR. | **CASE NO. 23-51742-CAG** <br> **CHAPTER 7 BANKRUPTCY** |
| **JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR CINCH WIRELINE SERVICES, LLC,** <br> PLAINTIFF. <br><br> vs. <br><br> **CINCH ENERGY SERVICES, LLC; CINCH INVESTMENT HOLDINGS, LLC; CES GROUP HOLDINGS, LLC; HOOK N BULL PROPERTIES, LLC; LOS CABOS RANCH, LLC; FTS RANCH, LLC; FTSJR HOLDINGS, LLC; WFO HOMES, LLC; TEXAS COAST BUILDERS, LLC; 17 MAIN, LLC; GRANDER HOLDINGS, LLC; WFO, LLC; PONDER RANCH, LLC; BL EQUITY** | **ADV. NO. 24-05011-CAG** |

**HOLDINGS, LLC; OCEAN FLOOR HOLDINGS, LLC; FRANK THOMAS SHUMATE; MARK LOPEZ; LORETTA L. HIGGINS; TIMOTHY GAINES POLLARD; JERRY MILLER AND SUCH OTHER YET UNKNOWN DEFENDANTS ("JOHN DOE DEFENDANTS"),**
        **DEFENDANTS.**

### ORDER GRANTING DEFENDANTS' MARK LOPEZ AND LOS CABOS RANCH, LLC MOTION TO SELL THE REAL PROPERTY CONTROLLED BY LOS CABOS RANCH, LLC.

CAME FOR CONSIDERATION the Motion of Defendants Mark Lopez and Los Cabos Ranch LLC's to Sell the Real Property Controlled by Los Cabos Ranch, LLC. The Bankruptcy Court is of the opinion it should be granted. Accordingly, **IT IS ORDERED**:

1. The real property or ranch, an asset of Los Cabos Ranch, LLC, shall be sold. The mortgage lien(s), *ad valorem taxes*, Realtor fees and other costs of closing the transaction shall be paid upon closing. The remaining balance, or equity, shall be made payable in trust to JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE, who shall deposit and maintain the funds in his IOLTA account until further order of this Bankruptcy Court;

2. Any stay or injunction is lifted as to any other miscellaneous personal property on the ranch in question that is not included in the sale, to allow its removal from the real property.

###

Prepared by:

CHARLES (CHUCK) NEWTON
Texas Bar No. 14976250
chuck@newtons.law
NEWTONS.LAW

190 N. Millport Circle
The Woodlands TX 77382
Phone (281) 681-1170
Fax (281) 901-5631
Attorney for the Defendants,
Mark Lopez and Los Cabos Ranch LLC.