**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: § | | Case No. 23-51742-cag |
| **CINCH WIRELINE SERVICES, LLC** § | | |
| Debtor § | | Chapter 7 |
| _____ § | | _____ |
| **JOHN PATRICK LOWE, CHAPTER 7** § | | |
| **TRUSTEE FOR CINCH WIRELINE** § | | |
| **SERVICES, LLC** § | | |
| Plaintiff § | | |
| § | | **Adversary 24-05011-cag** |
| v. § | | |
| § | | |
| **CINCH ENERGY SERVICES, LLC;** § | | |
| **CINCH INVESTMENT HOLDINGS, LLC;** § | | |
| **CES GROUP HOLDINGS, LLC; HOOK N** § | | |
| **BULL PROPERTIES, LLC; LOS CABOS** § | | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** § | | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** § | | |
| **TEXAS COAST BUILDERS, LLC; 17** § | | |
| **MAIN, LLC; GRANDER HOLDINGS,** § | | |
| **LLC; WFO, LLC; PONDER RANCH,** § | | |
| **LLC; BL EQUITY HOLDINGS,** § | | |
| **LLC; OCEAN FLOOR HOLDINGS, LLC;** § | | |
| *ET AL.* § | | |
| Defendants § | | |

**NOTICE OF HEARING ON MOTION TO STRIKE THE SIMMONS BANK'S RESPONSE AND OBJECTION TO PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Please take notice that a hearing will be held on the Motion to Strike the Simmons Bank's Response and Objection to Plaintiff's Partially unopposed Motion for Leave to File First Amended Complaint. The hearing is schedule for **Thursday, August 8, 2024, at 10:30 AM VIA TELEPHONE-Conference Dial-In Number: (650) 479-3207; Access Code: 160-591-1937**

Dated August 6, 2024

Respectfully submitted,

By:
/s/ *Butch Boyd*
Butch Boyd
State Bar No. 00783694
**BUTCH BOYD LAW FIRM, P.C.**
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713) 589-8563
Email: butchboyd@butchboydlawfirm.com
Copy to: katrinaboyd@butchboydlawfirm.com


/s/ *Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700
Antonio Ortiz
St. Bar No. 24074839
***JORDAN & ORTIZ, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to the below by the CM/ECF system by electronic mail on August 6, 2024:

**Gabi S Canales**
Canales Law Office
5262 S Staples St.
Suite 100
Corpus Christi, TX 78411
361-887-4700
361-887-4761 (fax)
gabilaw14@gmail.com
  *Assigned: 05/14/2024*

representing

**Michael Mendietta**
*(Interested Party)*

**Jason Alexander Enright**
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
214-745-5844
214-745-5390 (fax)
jenright@winstead.com
  *Assigned: 07/25/2024*

representing

**Simmons Bank**
*(Interested Party)*

**Richard L. Fuqua**
Fuqua & Associates, PC
8558 Katy Freeway
Suite 119
Houston, TX 77024
713-960-0277
713-960-1064 (fax)
fuqua@fuqualegal.com
  *Assigned: 05/28/2024*

representing

**Loretta L. Higgins**
24030 Tirso River Court
Katy, TX 77493
*(Defendant)*

**R. Javier Guerra**
Ray Pena McChristian, PC
9601 McAllister Freeway, Suite 901
San Antonio, TX 78216
(210) 775-3554
(210) 341-3557 (fax)
jguerra@raylaw.com
  *Assigned: 05/20/2024*

representing

**Jerry Miller**
137 W. Chandler Road
Sarita, TX 78385
*(Defendant)*

**Aaron Matthew Guerrero**
Bond Ellis Eppich Schafer Jones LLP

representing

**17 Main, LLC**
c/o Daniel Namvar, Registered

| | | |
|---|---|---|
| 950 Echo Lane<br>Suite 120<br>Houston, TX 77024<br>713-335-4838<br>832-740-1411 (fax)<br>aaron.guerrero@bondsellis.com<br>  *Assigned: 04/26/2024* | | Agent<br>9135 Hillsboro Dr.,<br>Los Angeles, CA 90034<br>*(Defendant)* |
| **Charles A. Newton**<br>Newtons Law<br>190 N. Millport Circle<br>The Woodlands, TX 77382<br>281-681-1170<br>281-901-5631 (fax)<br>chuck@newtons.law<br>  *Assigned: 05/02/2024* | representing | **Mark Lopez**<br>52 County Road 2011<br>Edna, TX 77957<br>*(Defendant)* |
|   *Assigned: 05/13/2024* | representing | **Los Cabos Ranch, LLC**<br>c/o Paul S Kirklin, Registered Agent<br>12600 N. Featherwood Drive, Suite 225,<br>Houston, TX 77034<br>*(Defendant)* |
| **Paul W. O'Finan**<br>S M Chaudhry, Esq., Attorney at Law PLLC<br>14100 San Pedro Ave, Suite 210<br>San Antonio, TX 78232<br>(210) 646-9400<br>(210) 646-0038 (fax)<br>paul@smcesq.com<br>  *Assigned: 04/24/2024*<br>   *TERMINATED: 06/27/2024* | representing | **Frank Thomas Shumate**<br>6118 King Trail<br>Corpus Christi, TX 78414<br>*(Defendant)* |
|   *Assigned: 05/08/2024* | representing | **Timothy Gaines Pollard**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **WFO Homes, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway |

|  |  |  |
|---|---|---|
|  |  | Marion, TX 78124<br>*(Defendant)* |
|  |  | **WFO, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| *Assigned: 05/08/2024* | representing | **BL Equity Holdings, LLC**<br>c/o A Registered Agent, Inc<br>8 The Green, Suite A<br>Dover, DE 19901<br>*(Defendant)* |
| *Assigned: 05/08/2024*<br>*TERMINATED: 06/27/2024* | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
|  |  | **Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)* |
|  |  | **Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
|  |  | **FTS Ranch, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
|  |  | **FTSJR Holdings, LLC**<br>c/o Frank T Shumate, Jr., Registered Agent<br>2200 County Road 413 |

McCoy, TX 78113
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Jameson Joseph Watts**
Husch Blackwell LLP
111 Congress Ave.,
Suite 1400
Austin, TX 78701
512-479-1179
512-479-1101 (fax)
jameson.watts@huschblackwell.com
 *Assigned: 06/03/2024*

representing

**CES Group Holdings, LLC**
c/o Frank T. Shumate, Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Cinch Energy Services, LLC**
Mark Lopez, Registered Agent
1102 S. Second
Ganado, TX 77962
*(Defendant)*

**Cinch Investment Holdings, LLC**
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.

|  |  |
|---|---|
|  | 8 The Green, Suite A<br>Dover, DE 19901<br>*(Defendant)*<br><br>**Ponder Ranch, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**Texas Coast Builders, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**WFO Homes, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| J. Mitchell Clark, of Counsel<br>Hilliard Law<br>719 S. Shoreline Blvd.<br>Corpus Christi, TX 78401<br>Telephone: 361-882-1612<br>Facsimile: 361-882-3015<br>Email: mitchell@hilliard-law.com<br>agrissom@hilliard-law.com | Representing **Justin Sprencel** *(Interested Person)* |

*/s/ Butch Boyd*
Butch Boyd