**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: § | Case No. 23-51742-cag | |
| **CINCH WIRELINE SERVICES, LLC** § | | |
| § | **Chapter 7** | |
| **Debtor** § | | |
| _____ § _____ | | |
| **JOHN PATRICK LOWE, CHAPTER 7** § | | |
| **TRUSTEE FOR CINCH WIRELINE** § | | |
| **SERVICES, LLC** § | | |
| **Plaintiff** § | | |
| § | **Adversary 24-05011-cag** | |
| v. § | | |
| § | | |
| **CINCH ENERGY SERVICES, LLC;** § | | |
| **CINCH INVESTMENT HOLDINGS, LLC;** § | | |
| **CES GROUP HOLDINGS, LLC; HOOK N** § | | |
| **BULL PROPERTIES, LLC; LOS CABOS** § | | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** § | | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** § | | |
| **TEXAS COAST BUILDERS, LLC; 17** § | | |
| **MAIN, LLC; GRANDER HOLDINGS,** § | | |
| **LLC; WFO, LLC; PONDER RANCH,** § | | |
| **LLC; BL EQUITY HOLDINGS,** § | | |
| **LLC; OCEAN FLOOR HOLDINGS, LLC;** § | | |
| **FRANK THOMAS SHUMATE; MARK** § | | |
| **LOPEZ; LORETTA L. HIGGINS;** § | | |
| **TIMOTHY GAINES POLLARD; JERRY** § | | |
| **MILLER and such other yet unknown** § | | |
| **Defendants ("JOHN DOE DEFENDANTS")** § | | |
| **Defendants** § | | |

**ORDER GRANTING AMENDED MOTION FOR SANCTIONS AND AWARD OF DAMAGES FOR KNOWING AND INTENTIONAL VIOLATIONS OF THIS COURT'S ORDERS AND THE AUTOMATIC STAY**

The Court has considered John Patrick Lowe, Chapter 7 Trustee for Cinch Wireline Services, LLC's Amended Motion for Sanctions and Award of Damages for Knowing and Intentional Violations of This Court's Temporary Restraining Order. After consideration of the Motion, the Court finds that the Motion is GRANTED.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Motion is Granted.

2. Sanctions have been awarded in the amount of $_____ made payable to _____.

3. Damages have been awarded in the amount of $_____ made payable to _____.

\*\*\*

Order prepared by:

Shelby A. Jordan
State Bar No. 11016700
JORDAN & ORTIZ, P.C.
500 N. Shoreline Blvd, Suite 804
Corpus Christi, TX 78401
Phone: (361) 884-5678
Fax: (361) 884-5555
Email: sjordan@jhwclaw.com
copy to: cmadden@jhwclaw.com

Butch Boyd
State Bar No. 00783694
BUTCH BOYD LAW FIRM, P.C.
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713) 589-8563
Email: butchboyd@butchboydlawfirm.com
Copy to katrinaboyd@butchboydlawfirm.com
**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**