**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: § | | Case No. 23-51742-cag |
| **CINCH WIRELINE SERVICES, LLC** § | | |
| Debtor § | | Chapter 7 |
| § | | |
| **JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR CINCH WIRELINE SERVICES, LLC** § § § | | |
| Plaintiff § | | |
| § | | Adversary 24-05011-cag |
| v. § | | |
| § | | |
| **CINCH ENERGY SERVICES, LLC; CINCH INVESTMENT HOLDINGS, LLC; CES GROUP HOLDINGS, LLC; HOOK N BULL PROPERTIES, LLC; LOS CABOS RANCH, LLC; FTS RANCH, LLC; FTSJR HOLDINGS, LLC; WFO HOMES, LLC; TEXAS COAST BUILDERS, LLC; 17 MAIN, LLC; GRANDER HOLDINGS, LLC; WFO, LLC; PONDER RANCH, LLC; BL EQUITY HOLDINGS, LLC; OCEAN FLOOR HOLDINGS, LLC; FRANK THOMAS SHUMATE; MARK LOPEZ; LORETTA L. HIGGINS; TIMOTHY GAINES POLLARD; JERRY MILLER and such other yet unknown Defendants ("JOHN DOE DEFENDANTS")** § § § § § § § § § § § § § § § | | |
| Defendants § | | |

**NOTICE OF HEARING ON TRUSTEE'S AMENDED MOTION FOR SANCTIONS**

Please take notice that a hearing will be held on the Trustee's Amended Motion for Sanctions. The hearing will be held in S.A. Courtroom 3, 5th Floor, Hipolito F. Garcia Fed Bldg. & Courthouse, 615 E. Houston St., San Antonio, TX 78205, on **Thursday, August 14, 2024, at 10:00 a.m.**

Dated August 9, 2024

Respectfully submitted,

By:
/s/ *Butch Boyd*
Butch Boyd
State Bar No. 00783694
**BUTCH BOYD LAW FIRM, P.C.**
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713) 589-8563
Email: butchboyd@butchboydlawfirm.com
Copy to: katrinaboyd@butchboydlawfirm.com


/s/ *Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700
Antonio Ortiz
St. Bar No. 24074839
***JORDAN & ORTIZ, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to the below by the CM/ECF system by electronic mail on August 9, 2024:

**Gabi S Canales**
Canales Law Office
5262 S Staples St.
Suite 100
Corpus Christi, TX 78411
361-887-4700
361-887-4761 (fax)
gabilaw14@gmail.com
  *Assigned: 05/14/2024*

representing

**Michael Mendietta**
*(Interested Party)*

**Mitchell Clark**
Law Offices of J. Mitchell Clark
719 S. Shoreline Boulevard
Corpus Christi, TX 78401
361-882-1612
361-882-3015 (fax)
mitchell@hilliard-law.com
  *Assigned: 07/22/2024*

representing

**Justin Sprencel**
*(Interested Party)*

**Jason Alexander Enright**
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
214-745-5844
214-745-5390 (fax)
jenright@winstead.com
  *Assigned: 07/25/2024*

representing

**Simmons Bank**
*(Interested Party)*

**Richard L. Fuqua**
Fuqua & Associates, PC
8558 Katy Freeway
Suite 119
77024
Houston, TX 77024
713-960-0277
713-960-1064 (fax)
fuqua@fuqualegal.com
  *Assigned: 05/28/2024*

representing

**Loretta L. Higgins**
24030 Tirso River Court
Katy, TX 77493
*(Defendant)*

| | | |
|---|---|---|
| **R. Javier Guerra**<br>Ray Pena McChristian, PC<br>9601 McAllister Freeway, Suite 901<br>San Antonio, TX 78216<br>(210) 775-3554<br>(210) 341-3557 (fax)<br>jguerra@raylaw.com<br>  *Assigned: 05/20/2024* | representing | **Jerry Miller**<br>137 W. Chandler Road<br>Sarita, TX 78385<br>*(Defendant)* |
| **Aaron Matthew Guerrero**<br>Bond Ellis Eppich Schafer Jones LLP<br>950 Echo Lane<br>Suite 120<br>Houston, TX 77024<br>713-335-4838<br>832-740-1411 (fax)<br>aaron.guerrero@bondsellis.com<br>  *Assigned: 04/26/2024* | representing | **17 Main, LLC**<br>c/o Daniel Namvar, Registered Agent<br>9135 Hillsboro Dr.<br>Los Angeles, CA 90034<br>*(Defendant)* |
| **Charles A. Newton**<br>Newtons Law<br>190 N. Millport Circle<br>The Woodlands, TX 77382<br>281-681-1170<br>281-901-5631 (fax)<br>chuck@newtons.law<br>  *Assigned: 05/02/2024*<br><br>  *Assigned: 05/13/2024* | representing | **Mark Lopez**<br>52 County Road 2011<br>Edna, TX 77957<br>*(Defendant)* |
| | representing | **Los Cabos Ranch, LLC**<br>c/o Paul S Kirklin, Registered Agent<br>12600 N. Featherwood Drive, Suite 225,<br>Houston, TX 77034<br>*(Defendant)* |
| **Paul W. O'Finan**<br>S M Chaudhry, Esq., Attorney at Law PLLC<br>14100 San Pedro Ave, Suite 210<br>San Antonio, TX 78232<br>(210) 646-9400<br>(210) 646-0038 (fax)<br>paul@smcesq.com<br>  *Assigned: 04/24/2024*<br>  *TERMINATED: 06/27/2024* | representing | **Frank Thomas Shumate**<br>6118 King Trail<br>Corpus Christi, TX 78414<br>*(Defendant)* |

| | | |
|---|---|---|
| *Assigned: 05/08/2024* | representing | **Timothy Gaines Pollard**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **WFO Homes, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| | | **WFO, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| *Assigned: 05/08/2024* | representing | **BL Equity Holdings, LLC**<br>c/o A Registered Agent, Inc<br>8 The Green, Suite A<br>Dover, DE 19901<br>*(Defendant)* |
| *Assigned: 05/08/2024*<br> *TERMINATED: 06/27/2024* | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)* |
| | | **Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **FTS Ranch, LLC**<br>c/o Frank T Shumate, Jr., Registered Agent |

2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr.,
Registered Agen
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate, Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

| **Jameson Joseph Watts**<br>Husch Blackwell LLP | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered |
|---|---|---|

111 Congress
Suite 1400
Austin, TX 78701
512-479-1179
512-479-1101 (fax)
jameson.watts@huschblackwell.com
 *Assigned: 06/03/2024*

Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Cinch Energy Services, LLC**
Mark Lopez, Registered Agent
1102 S. Second
Ganado, TX 77962
*(Defendant)*

**Cinch Investment Holdings, LLC**
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr.,
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**WFO Homes, LLC**
c/o Tim Pollard, Registered
Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

*/s/ Butch Boyd*
Butch Boyd