**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)**

| | | |
|---|---|---|
| **In re:** § | | |
| **CINCH WIRELINE SERVICES, LLC** § | | Case No. 23-51742-cag |
| **Debtor** § | | **Chapter 7** |
| _____ § | _____ | |
| | § | |
| **JOHN PATRICK LOWE, CHAPTER 7** § | | |
| **TRUSTEE FOR CINCH WIRELINE** § | | |
| **SERVICES, LLC,** § | | |
| **Plaintiff** § | | |
| v. § | | |
| § | | **Adversary 24-05011-cag** |
| **FRANK THOMAS SHUMATE; MARK** § | | |
| **LOPEZ; LORETTA L. HIGGINS;** § | | |
| **TIMOTHY GAINES POLLARD; JERRY** § | | |
| **MILLER; MARTIN KROESCHE;** § | | |
| [The "Individual-Defendants"] § | | |
| **CINCH ENERGY SERVICES, LLC;** § | | |
| **CINCH INVESTMENT HOLDINGS, LLC;** § | | |
| **CES GROUP HOLDINGS, LLC; HOOK N** § | | |
| **BULL PROPERTIES, LLC; LOS CABOS** § | | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** § | | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** § | | |
| **TEXAS COAST BUILDERS, LLC; 17** § | | |
| **MAIN, LLC; GRANDER HOLDINGS,** § | | |
| **LLC; WFO, LLC; PONDER RANCH,** § | | |
| **LLC; BL EQUITY HOLDINGS, LLC;** § | | |
| **OCEAN FLOOR HOLDINGS, LLC;** § | | |
| **SUPERIOR READY MIX OF TEXAS,** § | | |
| **LLC; SUPERIOR READY MIX, LLC;** § | | |
| **CAPITAL PROPERTY INVESTING,** § | | |
| **LLC; CORE ASSET RESOURCES,** § | | |
| **LLC; DRAKEFIRE MANAGEMENT,** § | | |
| **LLC; EDMUND HOME BUILDERS,** § | | |
| **LLC; CHATTINGTON INVESTMENTS,** § | | |
| **LLC; WILLIAM H HOLDINGS, LLC;** § | | |
| **LONE STAR CEMENT COMPANY, LLC;** § | | |
| **TIM POLLARD CONSTRUCTION, INC.** § | | |
| [The "Entity Defendants"] § | | |
| **and Other Yet UNKNOWN DEFENDANTS** § | | |
| ["John Doe-Defendants"]; and § | | |
| **SIMMONS BANK** § | | |
| **Defendants** § | | |

1

# SECOND AMENDED
# WITNESS AND EXHIBIT LIST OF
# JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES John Patrick Lowe, Trustee ("Trustee"), the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, and hereby files its Second Amended Witness and Exhibit List to be used in connection with the Wednesday, July 14, 2024 hearing. Trustee may call the following witnesses and offer the following exhibits:

## LIST OF WITNESSES

1. Frank Thomas Shumate
2. Loretta Higgins
3. Timothy Gaines Pollard
4. Israel Rodriguez
5. Any witness called by any other creditor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required.
6. Any rebuttal witnesses necessary.

## LIST OF EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration and Proffer of Direct Testimony of Shelby A. Jordan [Judicial Notice #90-1] | | | | |
| 2. | Declaration and Proffer of Direct Testimony of Ernest "Butch" Boyd [Judicial Notice #90-2] | | | | |
| 3. | Photos of 30 boxes from first visit to Cinch offices on 4/26/24 | | | | |
| 4. | Photos of 80 boxes from second visit to Cinch offices on 5/7/24 | | | | |
| 5. | Photos of sever from second visit to Cinch offices on 5/7/24 | | | | |
| 6. | Photos of boxes of laptops and a sever | | | | |

2

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | from second visit to Cinch offices on 5/7/24 |  |  |  |  |
| 7. | Commercial Contract for 5821 Agnes Street with PMI LLC with a closing date of 6/10/24 signed by Pollard |  |  |  |  |
| 8. | Photo of O'Finan on phone with Shumate on first visit to Cinch offices on 4/26/24 |  |  |  |  |
| 9. | Burn Pit (Admitted as Exhibit 1 on 4/19/24 during Preliminary Injunction Hearing) |  |  |  |  |
| 10. | Verification signed by Shumate and notarized by Mathis from case no. 5:24-cv-00319-OLG; Docket #10 |  |  |  |  |
| 11. | Screenshot of Cinch Server Screen |  |  |  |  |
| 12. | Screenshot of Cinch Server Screen |  |  |  |  |
| 13. | 7/24/24 Letter to Dick Fuqua |  |  |  |  |
| 17. | Live Access to Cinch OneDrive |  |  |  |  |
| 18. | 5/2/24 Email from L. Higgins to R. Lee Murphy |  |  |  |  |
| 19. | Hook N Bull LOC Statements – 9.28.18 – 8.2.24 |  |  |  |  |
| 20. | Hook N Bull 2nd LOC Statements – 2.6.23 – 8.1.24 |  |  |  |  |
| 21. | Transfer from Lone Star Cement |  |  |  |  |
| 22. | Photo of CWS Truck - 1 |  |  |  |  |
| 23. | Photo of CWS Truck - 2 |  |  |  |  |
| 24. | Photo of CWS Truck - 3 |  |  |  |  |
| 25. | US DOT Information |  |  |  |  |
|  | Any exhibit identified, introduced, designated or relied upon by any other party. |  |  |  |  |
|  | Any exhibits necessary for rebuttal or impeachment purposes. |  |  |  |  |

The Trustee reserves the right to amend this Exhibit List and to introduce other exhibits as may be necessary for impeachment purposes. The Trustee also reserves the right to introduce exhibits designated by opposing counsel.

Dated: August 9, 2024

Respectfully submitted,

/s/ *Butch Boyd*
Butch Boyd
State Bar No. 00783694
Butch Boyd Law Firm, P.C.

3

2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713)589-8563
Email: butchboyd@butchboydlawfirm.com
copy to: katrinaboyd@butchboydlawfirm.com

*/s/ Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
St. Bar No. 24074839; SD. No. 1127322
***JORDAN& ORTIZ, P.C.***
500 N. Shoreline Blvd, Suite 804
Corpus Christi, TX 78401
Telephone:     361.884.5678
Facsimile:     361.888.5555
Email:  sjordan@jhwclaw.com
            aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Witness and Exhibit List was served to the below, by the CM/ECF system or by electronic mail on August 9, 2024:

| | | |
|---|---|---|
| **Butch Boyd**<br>Butch Boyd Law Firm, P.C.<br>2905 Sackett Street<br>Houston, TX 77098<br>713-589-8477<br>713-589-8563 (fax)<br>butchboyd@butchboydlawfirm.com<br>  *Assigned: 07/18/2024* | representing | **John Patrick Lowe, Chapter 7 Trustee for Cinch Wireline Services, LLC**<br>*(Plaintiff)* |
| **Gabi S Canales**<br>Canales Law Office<br>5262 S Staples St.<br>Suite 100<br>Corpus Christi, TX 78411<br>361-887-4700<br>361-887-4761 (fax)<br>gabilaw14@gmail.com<br>  *Assigned: 05/14/2024* | representing | **Michael Mendietta**<br>*(Interested Party)* |
| **Mitchell Clark**<br>Law Offices of J. Mitchell Clark<br>719 S. Shoreline Boulevard<br>Corpus Christi, TX 78401<br>361-882-1612<br>361-882-3015 (fax)<br>mitchell@hilliard-law.com<br>  *Assigned: 07/22/2024* | representing | **Justin Sprencel**<br>*(Interested Party)* |
| **Jason Alexander Enright**<br>Winstead PC<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, TX 75201<br>214-745-5844<br>214-745-5390 (fax)<br>jenright@winstead.com<br>  *Assigned: 07/25/2024* | representing | **Simmons Bank**<br>*(Interested Party)* |
| **Richard L. Fuqua**<br>Fuqua & Associates, PC<br>8558 Katy Freeway<br>Suite 119 | representing | **Loretta L. Higgins**<br>24030 Tirso River Court<br>Katy, TX 77493<br>*(Defendant)* |

| | | |
|---|---|---|
| 77024<br>Houston, TX 77024<br>713-960-0277<br>713-960-1064 (fax)<br>fuqua@fuqualegal.com<br>  *Assigned: 05/28/2024* | | |
| **R. Javier Guerra**<br>Ray Pena McChristian, PC<br>9601 McAllister Freeway, Suite 901<br>San Antonio, TX 78216<br>(210) 775-3554<br>(210) 341-3557 (fax)<br>jguerra@raylaw.com<br>  *Assigned: 05/20/2024* | representing | **Jerry Miller**<br>137 W. Chandler Road<br>Sarita, TX 78385<br>*(Defendant)* |
| **Aaron Matthew Guerrero**<br>Bond Ellis Eppich Schafer Jones LLP<br>950 Echo Lane<br>Suite 120<br>Houston, TX 77024<br>713-335-4838<br>832-740-1411 (fax)<br>aaron.guerrero@bondsellis.com<br>  *Assigned: 04/26/2024* | representing | **17 Main, LLC**<br>c/o Daniel Namvar, Registered Agent<br>9135 Hillsboro Dr<br>Los Angeles, CA 90034<br>*(Defendant)* |
| **Charles A. Newton**<br>Newtons Law<br>190 N. Millport Circle<br>The Woodlands, TX 77382<br>281-681-1170<br>281-901-5631 (fax)<br>chuck@newtons.law<br>  *Assigned: 05/02/2024* | representing | **Mark Lopez**<br>52 County Road 2011<br>Edna, TX 77957<br>*(Defendant)* |
|   *Assigned: 05/13/2024* | representing | **Los Cabos Ranch, LLC**<br>c/o Paul S Kirklin, Registered Agent<br>12600 N. Featherwood Drive, Suite 225,<br>Houston, TX 77034<br>*(Defendant)* |
| **Paul W. O'Finan**<br>S M Chaudhry, Esq., Attorney at Law PLLC | representing | **Frank Thomas Shumate**<br>6118 King Trail<br>Corpus Christi, TX 78414 |

6

| | | |
|---|---|---|
| 14100 San Pedro Ave, Suite 210<br>San Antonio, TX 78232<br>(210) 646-9400<br>(210) 646-0038 (fax)<br>paul@smcesq.com<br>*Assigned: 04/24/2024*<br>*TERMINATED: 06/27/2024* | | *(Defendant)* |
| *Assigned: 05/08/2024* | representing | **Timothy Gaines Pollard**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**WFO Homes, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)*<br><br>**WFO, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| *Assigned: 05/08/2024* | representing | **BL Equity Holdings, LLC**<br>c/o A Registered Agent, Inc<br>8 The Green, Suite A<br>Dover, DE 19901<br>*(Defendant)* |
| *Assigned: 05/08/2024*<br>*TERMINATED: 06/27/2024* | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)*<br><br>**Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113 |

*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr. Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413

| | | |
|---|---|---|
| **Jameson Joseph Watts**<br>Husch Blackwell LLP<br>111 Congress<br>Suite 1400<br>Austin, TX 78701<br>512-479-1179<br>512-479-1101 (fax)<br>jameson.watts@huschblackwell.com<br>*Assigned: 06/03/2024* | representing | McCoy, TX 78113<br>*(Defendant)*<br><br>**CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)*<br><br>**Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**FTS Ranch, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**FTSJR Holdings, LLC**<br>c/o Frank T Shumate, Jr., Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**Frank Thomas Shumate**<br>6118 King Trail<br>Corpus Christi, TX 78414<br>*(Defendant)*<br><br>**Grander Holdings, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413 |

McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**WFO Homes, LLC**
c/o Tim Pollard, Registered Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

*/s/ Butch Boyd*
Butch Boyd