**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | | Case No. 23-51742-cag |
| **CINCH WIRELINE SERVICES, LLC** § | | |
| Debtor § | | Chapter 7 |
| _____ § | | _____ |
| **JOHN PATRICK LOWE, CHAPTER 7** § | | |
| **TRUSTEE FOR CINCH WIRELINE** § | | |
| **SERVICES, LLC** § | | |
| Plaintiff § | | |
| § | | Adversary 24-05011-cag |
| v. § | | |
| § | | |
| **CINCH ENERGY SERVICES, LLC;** § | | |
| **CINCH INVESTMENT HOLDINGS, LLC;** § | | |
| **CES GROUP HOLDINGS, LLC; HOOK N** § | | |
| **BULL PROPERTIES, LLC; LOS CABOS** § | | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** § | | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** § | | |
| **TEXAS COAST BUILDERS, LLC; 17** § | | |
| **MAIN, LLC; GRANDER HOLDINGS,** § | | |
| **LLC; WFO, LLC; PONDER RANCH,** § | | |
| **LLC; BL EQUITY HOLDINGS,** § | | |
| **LLC; OCEAN FLOOR HOLDINGS, LLC;** § | | |
| **FRANK THOMAS SHUMATE; MARK** § | | |
| **LOPEZ; LORETTA L. HIGGINS;** § | | |
| **TIMOTHY GAINES POLLARD; JERRY** § | | |
| **MILLER and such other yet unknown** § | | |
| **Defendants ("JOHN DOE DEFENDANTS")** § | | |
| Defendants § | | |
| § | | |

**WITNESS AND EXHIBIT LIST OF**
**JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES John Patrick Lowe, Trustee ("Trustee"), the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, and hereby files its Witness and Exhibit List to be used in connection with the Wednesday, August 14, 2024, hearing on Trustee's Motion to Enforce Subpoena Duces Tecum to David Arnold and D.E. Web Works, LLC (Dkt#192). Trustee may call the following witnesses and offer the following exhibits:

1

## LIST OF WITNESSES

1. David Arnold

2. Any witness called by any other creditor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required.

3. Any rebuttal witnesses necessary.

## LIST OF EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Subpoena Duces Tecum to David Arnold with the Declaration of Mailing [Judicial Notice #192-Exhibit A] | | | | |
| 2. | Subpoena Duces Tecum to D.E. Web Works with the Declaration of Mailing [Judicial Notice #192-Exhibit B] | | | | |
| 3. | D.E. Web Works Invoice [Judicial Notice #192-Exhibit C] | | | | |
| 4. | David Arnold Email Chain [Judicial Notice #192-Exhibit D] | | | | |
| 5. | LOR/Litigation Hold Letter directed to D.E. Web Works and David Arnold [Judicial Notice #192-Exhibit E] | | | | |
| 6. | Transcript excerpt from Rule 2004 Examination of Brian Birdwell | | | | |
| 7. | Transcript excerpt from Rule 2004 Examination of Michael Mixon | | | | |
| | Any exhibit identified, introduced, designated or relied upon by any other party. | | | | |
| | Any exhibits necessary for rebuttal or impeachment purposes. | | | | |

The Trustee reserves the right to amend this Exhibit List and to introduce other exhibits as may be necessary for impeachment purposes. The Trustee also reserves the right to introduce exhibits designated by opposing counsel.

Dated: August 9, 2024

                                                Respectfully submitted,

                                                /s/ *Butch Boyd*
                                                Butch Boyd

State Bar No. 00783694
Butch Boyd Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713)589-8563
Email: butchboyd@butchboydlawfirm.com
copy to: katrinaboyd@butchboydlawfirm.com

*/s/ Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
St. Bar No. 24074839; SD. No. 1127322
***JORDAN& ORTIZ, P.C.***
500 N. Shoreline Blvd, Suite 804
Corpus Christi, TX 78401
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Witness and Exhibit List was served to the below by the CM/ECF system or by electronic mail on August 9, 2024:

**Butch Boyd**
Butch Boyd Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098
713-589-8477
713-589-8563 (fax)
butchboyd@butchboydlawfirm.com
  *Assigned: 07/18/2024*

representing

**John Patrick Lowe, Chapter 7 Trustee for Cinch Wireline Services, LLC**
*(Plaintiff)*

**Gabi S Canales**
Canales Law Office
5262 S Staples St.
Suite 100
Corpus Christi, TX 78411
361-887-4700
361-887-4761 (fax)
gabilaw14@gmail.com
  *Assigned: 05/14/2024*

representing

**Michael Mendietta**
*(Interested Party)*

**Mitchell Clark**
Law Offices of J. Mitchell Clark
719 S. Shoreline Boulevard
Corpus Christi, TX 78401
361-882-1612
361-882-3015 (fax)
mitchell@hilliard-law.com
  *Assigned: 07/22/2024*

representing

**Justin Sprencel**
*(Interested Party)*

**Jason Alexander Enright**
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
214-745-5844
214-745-5390 (fax)
jenright@winstead.com
  *Assigned: 07/25/2024*

representing

**Simmons Bank**
*(Interested Party)*

**Richard L. Fuqua**
Fuqua & Associates, PC
8558 Katy Freeway
Suite 119

representing

**Loretta L. Higgins**
24030 Tirso River Court
Katy, TX 77493
*(Defendant)*

4

77024
Houston, TX 77024
713-960-0277
713-960-1064 (fax)
fuqua@fuqualegal.com
 *Assigned: 05/28/2024*

**R. Javier Guerra**
Ray Pena McChristian, PC
9601 McAllister Freeway, Suite 901
San Antonio, TX 78216
(210) 775-3554
(210) 341-3557 (fax)
jguerra@raylaw.com
 *Assigned: 05/20/2024*

representing

**Jerry Miller**
137 W. Chandler Road
Sarita, TX 78385
*(Defendant)*

**Aaron Matthew Guerrero**
Bond Ellis Eppich Schafer Jones LLP
950 Echo Lane
Suite 120
Houston, TX 77024
713-335-4838
832-740-1411 (fax)
aaron.guerrero@bondsellis.com
 *Assigned: 04/26/2024*

representing

**17 Main, LLC**
c/o Daniel Namvar, Registered Agent
9135 Hillsboro Dr
Los Angeles, CA 90034
*(Defendant)*

**Charles A. Newton**
Newtons Law
190 N. Millport Circle
The Woodlands, TX 77382
281-681-1170
281-901-5631 (fax)
chuck@newtons.law
 *Assigned: 05/02/2024*

 *Assigned: 05/13/2024*

representing

**Mark Lopez**
52 County Road 2011
Edna, TX 77957
*(Defendant)*

representing

**Los Cabos Ranch, LLC**
c/o Paul S Kirklin, Registered Agent
12600 N. Featherwood Drive, Suite 225,
Houston, TX 77034
*(Defendant)*

**Paul W. O'Finan**
S M Chaudhry, Esq., Attorney at Law PLLC

representing

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414

5

| | | |
|---|---|---|
| 14100 San Pedro Ave, Suite 210<br>San Antonio, TX 78232<br>(210) 646-9400<br>(210) 646-0038 (fax)<br>paul@smcesq.com<br> *Assigned: 04/24/2024*<br> *TERMINATED: 06/27/2024* | | *(Defendant)* |
| *Assigned: 05/08/2024* | representing | **Timothy Gaines Pollard**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **WFO Homes, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| | | **WFO, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| *Assigned: 05/08/2024* | representing | **BL Equity Holdings, LLC**<br>c/o A Registered Agent, Inc<br>8 The Green, Suite A<br>Dover, DE 19901<br>*(Defendant)* |
| *Assigned: 05/08/2024*<br> *TERMINATED: 06/27/2024* | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
| | | **Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)* |
| | | **Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113 |

*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.
Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413

| | | |
|---|---|---|
| **Jameson Joseph Watts**<br>Husch Blackwell LLP<br>111 Congress<br>Suite 1400<br>Austin, TX 78701<br>512-479-1179<br>512-479-1101 (fax)<br>jameson.watts@huschblackwell.com<br>Assigned: 06/03/2024 | representing | McCoy, TX 78113<br>*(Defendant)*<br><br>**CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)*<br><br>**Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**FTS Ranch, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**FTSJR Holdings, LLC**<br>c/o Frank T Shumate, Jr., Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)*<br><br>**Frank Thomas Shumate**<br>6118 King Trail<br>Corpus Christi, TX 78414<br>*(Defendant)*<br><br>**Grander Holdings, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413 |

8

McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**WFO Homes, LLC**
c/o Tim Pollard, Registered Agent
146 Motts Parkway
Marion, TX 78124
*(Defendant)*

*/s/ Butch Boyd*
Butch Boyd