**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** § | Case No. 23-51742-cag |
| **CINCH WIRELINE SERVICES, LLC** § | |
|     **Debtor** § | Chapter 7 |
| _____ § | _____ |
| **JOHN PATRICK LOWE, CHAPTER 7** § | |
| **TRUSTEE FOR CINCH WIRELINE** § | |
| **SERVICES, LLC** § | |
|     **Plaintiff** § | |
| § | Adversary 24-05011-cag |
| **v.** § | |
| § | |
| **CINCH ENERGY SERVICES, LLC;** § | |
| **CINCH INVESTMENT HOLDINGS, LLC;** § | |
| **CES GROUP HOLDINGS, LLC; HOOK N** § | |
| **BULL PROPERTIES, LLC; LOS CABOS** § | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** § | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** § | |
| **TEXAS COAST BUILDERS, LLC; 17** § | |
| **MAIN, LLC; GRANDER HOLDINGS,** § | |
| **LLC; WFO, LLC; PONDER RANCH,** § | |
| **LLC; BL EQUITY HOLDINGS,** § | |
| **LLC; OCEAN FLOOR HOLDINGS, LLC;** § | |
| **FRANK THOMAS SHUMATE; MARK** § | |
| **LOPEZ; LORETTA L. HIGGINS;** § | |
| **TIMOTHY GAINES POLLARD; JERRY** § | |
| **MILLER and such other yet unknown** § | |
| **Defendants ("JOHN DOE DEFENDANTS")** § | |
|     **Defendants** § | |

**FOURTH AMENDED**
**WITNESS AND EXHIBIT LIST OF**
**JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    NOW COMES John Patrick Lowe, Trustee ("Trustee"), the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, and hereby files its Third Amended Witness and Exhibit List to be used in connection with the Wednesday, August 14, 2024 hearing. Trustee may call the following witnesses and offer the following exhibits:

1

## LIST OF WITNESSES

1. Frank Thomas Shumate
2. Loretta Higgins
3. Timothy Gaines Pollard
4. Israel Rodriguez
5. Any witness called by any other creditor, any other party in interest that may appear and seek to be heard at the hearing, and any rebuttal witness as may be required.
6. Any rebuttal witnesses necessary.

## LIST OF EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Declaration and Proffer of Direct Testimony of Shelby A. Jordan [Judicial Notice #90-1] | | | | |
| 2. | Declaration and Proffer of Direct Testimony of Ernest "Butch" Boyd [Judicial Notice #90-2] | | | | |
| 3. | Photos of 30 boxes from first visit to Cinch offices on 4/26/24 | | | | |
| 4. | Photos of 80 boxes from second visit to Cinch offices on 5/7/24 | | | | |
| 5. | Photos of sever from second visit to Cinch offices on 5/7/24 | | | | |
| 6. | Photos of boxes of laptops and a sever from second visit to Cinch offices on 5/7/24 | | | | |
| 7. | Commercial Contract for 5821 Agnes Street with PMI LLC with a closing date of 6/10/24 signed by Pollard | | | | |
| 8. | Photo of O'Finan on phone with Shumate on first visit to Cinch offices on 4/26/24 | | | | |
| 9. | Burn Pit (Admitted as Exhibit 1 on 4/19/24 during Preliminary Injunction Hearing) | | | | |
| 10. | Verification signed by Shumate and notarized by Mathis from case no. 5:24-cv-00319-OLG; Docket #10 | | | | |
| 11. | Screenshot of Cinch Server Screen | | | | |
| 12. | Screenshot of Cinch Server Screen | | | | |
| 13. | 7/24/24 Letter to Dick Fuqua | | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 14. | First Amended Complaint [Judicial Notice Docket #187-1-187-41] | | | | |
| 15. | Motion to Enforce Stay Against Simmons Bank [Adversary #111] | | | | |
| 16. | CES Group Holdings LLC Operating Account June 2024 Charter Bank Statement | | | | |
| 17. | Live Access to Cinch OneDrive | | | | |
| 18. | 5/2/24 Email from L. Higgins to R. Lee Murphy | | | | |
| 19. | Hook N Bull LOC Statements – 9.28.18 – 8.2.24 | | | | |
| 20. | Hook N Bull 2nd LOC Statements – 2.6.23 – 8.1.24 | | | | |
| 21. | Transfers from Lone Star Cement | | | | |
| 22. | Photo of CWS Truck - 1 | | | | |
| 23. | Photo of CWS Truck - 2 | | | | |
| 24. | Photo of CWS Truck - 3 | | | | |
| 25. | US DOT Information | | | | |
| 26. | 6.5.24 Email from L. Higgins to Timothy Pollard | | | | |
| 27. | Photo of CWS Truck - 4 | | | | |
| 28. | Banking Transfers Post Petition Summary Chart | | | | |
| 29. | Photo of CWS Truck - 5 | | | | |
| 30. | Texas Department of Motor Vehicles Required Documents - CWS | | | | |
| 31. | 3.14.24 Email from L. Higgins to David Arnold | | | | |
| 32. | 7.29.24 Memorandum of Second Modification Agreement | | | | |
| 33. | May 6, 2024 Letter to Point Energy Partners | | | | |
| 34. | BCBS Application | | | | |
| 35. | Second Lien Deed of Trust | | | | |
| 36. | Application for Explosive License or Permit | | | | |
| | Any exhibit identified, introduced, designated or relied upon by any other party. | | | | |
| | Any exhibits necessary for rebuttal or impeachment purposes. | | | | |

The Trustee reserves the right to amend this Exhibit List and to introduce other exhibits as may

3

be necessary for impeachment purposes. The Trustee also reserves the right to introduce exhibits designated by opposing counsel.

Dated: August 13, 2024

                                                Respectfully submitted,

/s/ *Butch Boyd*
Butch Boyd
State Bar No. 00783694
Butch Boyd Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713)589-8563
Email: butchboyd@butchboydlawfirm.com
copy to: katrinaboyd@butchboydlawfirm.com

*/s/ Shelby A. Jordan*
Shelby A. Jordan
St. Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
St. Bar No. 24074839; SD. No. 1127322
***JORDAN& ORTIZ, P.C.***
500 N. Shoreline Blvd, Suite 804
Corpus Christi, TX 78401
Telephone:    361.884.5678
Facsimile:    361.888.5555
Email: sjordan@jhwclaw.com
        aortiz@jhwclaw.com
copy to: cmadden@jhwclaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Witness and Exhibit List was served to the below, by the CM/ECF system or by electronic mail on August 13, 2024:

**Gabi S Canales**
Canales Law Office
5262 S Staples St.
Suite 100
Corpus Christi, TX 78411
361-887-4700
361-887-4761 (fax)
gabilaw14@gmail.com
 *Assigned: 05/14/2024*

representing

**Michael Mendietta**
*(Interested Party)*

**Mitchell Clark**
Law Offices of J. Mitchell Clark
719 S. Shoreline Boulevard
Corpus Christi, TX 78401
361-882-1612
361-882-3015 (fax)
mitchell@hilliard-law.com
 *Assigned: 07/22/2024*

representing

**Justin Sprencel**
*(Interested Party)*

**Jason Alexander Enright**
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, TX 75201
214-745-5844
214-745-5390 (fax)
jenright@winstead.com
 *Assigned: 07/25/2024*

representing

**Simmons Bank**
*(Interested Party)*

**Richard L. Fuqua**
Fuqua & Associates, PC
8558 Katy Freeway
Suite 119
77024
Houston, TX 77024
713-960-0277
713-960-1064 (fax)
fuqua@fuqualegal.com
 *Assigned: 05/28/2024*

representing

**Loretta L. Higgins**
24030 Tirso River Court
Katy, TX 77493
*(Defendant)*

**R. Javier Guerra**
Ray Pena McChristian, PC

representing

**Jerry Miller**
137 W. Chandler Road

| | | |
|---|---|---|
| 9601 McAllister Freeway, Suite 901<br>San Antonio, TX 78216<br>(210) 775-3554<br>(210) 341-3557 (fax)<br>jguerra@raylaw.com<br>  Assigned: 05/20/2024 | | Sarita, TX 78385<br>*(Defendant)* |
| **Aaron Matthew Guerrero**<br>Bond Ellis Eppich Schafer Jones LLP<br>950 Echo Lane<br>Suite 120<br>Houston, TX 77024<br>713-335-4838<br>832-740-1411 (fax)<br>aaron.guerrero@bondsellis.com<br>  Assigned: 04/26/2024 | representing | **17 Main, LLC**<br>c/o Daniel Namvar, Registered Agent<br>9135 Hillsboro Dr<br>Los Angeles, CA 90034<br>*(Defendant)* |
| **Charles A. Newton**<br>Newtons Law<br>190 N. Millport Circle<br>The Woodlands, TX 77382<br>281-681-1170<br>281-901-5631 (fax)<br>chuck@newtons.law<br>  Assigned: 05/02/2024 | representing | **Mark Lopez**<br>52 County Road 2011<br>Edna, TX 77957<br>*(Defendant)* |
|   Assigned: 05/13/2024 | representing | **Los Cabos Ranch, LLC**<br>c/o Paul S Kirklin, Registered Agent<br>12600 N. Featherwood Drive, Suite 225,<br>Houston, TX 77034<br>*(Defendant)* |
| **Paul W. O'Finan**<br>S M Chaudhry, Esq., Attorney at Law PLLC<br>14100 San Pedro Ave, Suite 210<br>San Antonio, TX 78232<br>(210) 646-9400<br>(210) 646-0038 (fax)<br>paul@smcesq.com<br>  Assigned: 04/24/2024<br>  TERMINATED: 06/27/2024 | representing | **Frank Thomas Shumate**<br>6118 King Trail<br>Corpus Christi, TX 78414<br>*(Defendant)* |
|   Assigned: 05/08/2024 | representing | **Timothy Gaines Pollard** |

6

|  |  |  |
|---|---|---|
|  |  | 2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
|  |  | **WFO Homes, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
|  |  | **WFO, LLC**<br>c/o Tim Pollard, Registered Agent<br>146 Motts Parkway<br>Marion, TX 78124<br>*(Defendant)* |
| *Assigned: 05/08/2024* | representing | **BL Equity Holdings, LLC**<br>c/o A Registered Agent, Inc<br>8 The Green, Suite A<br>Dover, DE 19901<br>*(Defendant)* |
| *Assigned: 05/08/2024*<br> *TERMINATED: 06/27/2024* | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
|  |  | **Cinch Energy Services, LLC**<br>Mark Lopez, Registered Agent<br>1102 S. Second<br>Ganado, TX 77962<br>*(Defendant)* |
|  |  | **Cinch Investment Holdings, LLC**<br>2200 County Road 413<br>McCoy, TX 78113<br>*(Defendant)* |
|  |  | **FTS Ranch, LLC**<br>c/o Frank T Shumate Jr., Registered Agent<br>2200 County Road 413 |

McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr. Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Ocean Floor Holdings, LLC**
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901
*(Defendant)*

**Ponder Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Texas Coast Builders, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

| | | |
|---|---|---|
| **Jameson Joseph Watts**<br>Husch Blackwell LLP<br>111 Congress | representing | **CES Group Holdings, LLC**<br>c/o Frank T. Shumate, Registered Agent |

Suite 1400
Austin, TX 78701
512-479-1179
512-479-1101 (fax)
jameson.watts@huschblackwell.com
  *Assigned: 06/03/2024*

2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Cinch Energy Services, LLC**
Mark Lopez, Registered Agent
1102 S. Second
Ganado, TX 77962
*(Defendant)*

**Cinch Investment Holdings, LLC**
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTS Ranch, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**FTSJR Holdings, LLC**
c/o Frank T Shumate, Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Frank Thomas Shumate**
6118 King Trail
Corpus Christi, TX 78414
*(Defendant)*

**Grander Holdings, LLC**
c/o Frank T Shumate Jr., Registered Agent
2200 County Road 413
McCoy, TX 78113
*(Defendant)*

**Hook N Bull Properties, LLC**
c/o Frank T. Shumate, Jr.,

        Registered Agent
        2200 County Road 413
        McCoy, TX 78113
        *(Defendant)*

        **Ocean Floor Holdings, LLC**
        c/o A Registered Agent, Inc.
        8 The Green, Suite A
        Dover, DE 19901
        *(Defendant)*

        **Ponder Ranch, LLC**
        c/o Frank T Shumate Jr.,
        Registered Agent
        2200 County Road 413
        McCoy, TX 78113
        *(Defendant)*

        **Texas Coast Builders, LLC**
        c/o Frank T Shumate Jr.,
        Registered Agent
        2200 County Road 413
        McCoy, TX 78113
        *(Defendant)*

        **WFO Homes, LLC**
        c/o Tim Pollard, Registered
        Agent
        146 Motts Parkway
        Marion, TX 78124
        *(Defendant)*

        */s/ Butch Boyd*
        Butch Boyd