

September 10, 2024

<u>Via Email: jameson.watts@huschblackwell.com</u>
Jameson J. Watts
Husch Blackwell LLP
111 Congress Ave.,
Austin, TX 78701

Re: Case No. 23-51742-cag, *In re: Cinch Wireline Services, LLC*; In the United States Bankruptcy Court Western District of Texas, San Antonio Division

Adversary 24-05011-cag; *John Patrick Lowe, Chapter 7 Trustee for Cinch Wireline Services, LLC v. Cinch Energy Services, LLC, et al.*; In the United States Bankruptcy Court Western District of Texas, San Antonio Division

Mr. Watts,

We have learned today that your client, not surprisingly, continues to violate Judge Gargotta's orders. Specifically, we have learned that he listed two of his yachts and the Martinique house for sale (26858 Martinique Dr., Orange Beach, Alabama). As you are well aware, Pat Lowe, as Trustee, claims these are all property of the estate. These are in addition to the numerous other violations of this Court's orders and the Automatic Stay controlled by your client and his accomplices.

Given these newly discovered actions taken by your clients, I have attached to this correspondence a new subpoena compelling Mr. Shumate's attendance at the continued sanction hearing next week, September 17, 2024.

I was also disappointed to receive your email that you are not authorized to accept service on behalf of Carrie Butler, Cynthia Mathis, and Juan Serna. Not being authorized to accept service is confusing as all three individuals are employees of Mr. Shumate or one of his controlled entities and these persons are complicit in the fraud being perpetrated on this Court and the bankruptcy process.

Sincerely,

Butch Boyd

**Trustee Exhibit**

**1**

Adversary 24-05011