**From:** Watts, Jameson <Jameson.Watts@huschblackwell.com>
**Date:** Tuesday, September 10, 2024 at 7:26 PM
**To:** Butch Boyd <butchboyd@butchboydlawfirm.com>
**Cc:** Shelby Jordan <sjordan@jhwclaw.com>, Pat Lowe <pat.lowe.law@gmail.com>, Chrystal Karstedt <cmadden@jhwclaw.com>, Katrina Boyd <katrinaboyd@Butchboydlawfirm.com>
**Subject:** RE: letter and subpoena

Butch,

You specifically released Mr. Shumate at the last hearing on 8/14 and informed the Court he did not need to attend next week's hearing. Your basis for issuing the new subpoena is that he's following the same procedure being utilized by every other defendant in this adversary and the related bankruptcy cases. Property is marketed for sale, and when an offer is in hand a motion is filed with the Court for approval of the sale. It's happened time and time again in this case, including the Agnes yard that is under contract with the Trustee's consent.

I will be filing a motion to quash the subpoena if it isn't withdrawn by noon tomorrow, and I will be asking the Court for a hearing on an expedited basis. If you aren't withdrawing the subpoena, please provide your availability through the end of the week for a hearing on my motion to quash.

Thanks,
Jameson

**Jameson J. Watts**
**Partner**
Direct: 512.479.1179
Cell: 512.633.6319
Jameson.Watts@huschblackwell.com

Trustee Exhibit

2

Adversary 24-05011