## RE: Subpoenas

**Watts, Jameson** <Jameson.Watts@huschblackwell.com>

Mon 9/9/2024 11:56 AM

To: Shelby Jordan <sjordan@jhwclaw.com>
Cc: Pat Lowe <pat.lowe.law@gmail.com>; Katrina Boyd <katrinaboyd@Butchboydlawfirm.com>; Butch Boyd <butchboyd@butchboydlawfirm.com>; Chrystal Karstedt <cmadden@jhwclaw.com>

Butch,

I'm not authorized to accept service of process for these witnesses. Please serve them directly.

Thanks,
Jameson


**Jameson J. Watts**
Partner
Direct: 512.479.1179
Cell: 512.633.6319
Jameson.Watts@huschblackwell.com



---

**From:** Shelby Jordan <sjordan@jhwclaw.com>
**Sent:** Friday, September 6, 2024 10:47 AM
**To:** Watts, Jameson <Jameson.Watts@huschblackwell.com>
**Cc:** Pat Lowe <pat.lowe.law@gmail.com>; Katrina Boyd <katrinaboyd@Butchboydlawfirm.com>; Butch Boyd <butchboyd@butchboydlawfirm.com>; Chrystal Karstedt <cmadden@jhwclaw.com>
**Subject:** Re: Subpoenas

[EXTERNAL EMAIL]

Jameson:   For clarification, the reference to "Cinch" below without some clarification may not be sufficiently specific.   For certain, it is Cinch Energy.   On information and belief (all of which information is within your clients' personal knowledge) it includes CES Group Holdings, LLC, Cinch Investment Holdings, LLC and others.   Because she and the subpoenaed individuals are all employees of one or more of your clients, we intend the subpoena cover each and every entity that employs or utilizes the work and work product of the subpoenaed witness.

---

**From:** Chrystal Karstedt <cmadden@jhwclaw.com>
**Date:** Friday, September 6, 2024 at 8:21 AM
**To:** Watts, Jameson <Jameson.Watts@huschblackwell.com>
**Cc:** Pat Lowe <pat.lowe.law@gmail.com>, Shelby Jordan <sjordan@jhwclaw.com>, Katrina Boyd <katrinaboyd@Butchboydlawfirm.com>, Butch Boyd <butchboyd@butchboydlawfirm.com>
**Subject:** Re: Subpoenas

Trustee Exhibit 4 — Adversary 24-05011

Good Morning Mr. Watts,

Mr. Boyd asked me to email you back as he was in a meeting today. Cindy Mathis is the executive assistant for Cinch and other entities. Carrie Buttler is the office administrator, accounts receivable/payable person in Corpus office. Juan Serna does work for various FTS entities.

Chrystal Karstedt
Legal Assistant to
Shelby A. Jordan and Antonio Ortiz



**From:** Watts, Jameson <Jameson.Watts@huschblackwell.com>
**Date:** Friday, September 6, 2024 at 6:42 AM
**To:** Butch Boyd <butchboyd@butchboydlawfirm.com>
**Cc:** Pat Lowe <pat.lowe.law@gmail.com>, Shelby Jordan <sjordan@jhwclaw.com>, Chrystal Karstedt <cmadden@jhwclaw.com>, Katrina Boyd <katrinaboyd@butchboydlawfirm.com>
**Subject:** RE: Subpoenas

Butch,

Received. Can you please tell me who each of these people are? I'm not familiar with them.

Thanks,
Jameson

**Jameson J. Watts**
**Partner**
Direct:  512.479.1179
Cell:  512.633.6319
Jameson.Watts@huschblackwell.com



**From:** Butch Boyd <butchboyd@butchboydlawfirm.com>
**Sent:** Thursday, September 5, 2024 8:19 PM
**To:** Watts, Jameson <Jameson.Watts@huschblackwell.com>
**Cc:** Pat Lowe <pat.lowe.law@gmail.com>; Shelby Jordan <sjordan@jhwclaw.com>; Chrystal Karstedt <cmadden@jhwclaw.com>; Katrina Boyd <katrinaboyd@Butchboydlawfirm.com>
**Subject:** Fwd: Subpoenas

[EXTERNAL EMAIL]

Jameson

See attached subpoenas . These are being served on you as the attorney for itheir employer(s)

I f there is an issue regarding these please let me know immediately so we can discuss or seek the Court's assistance.  We can also discuss taking their depositions in lieu of appearances

Best

Butch

Begin forwarded message:

> **From:** Katrina Boyd <katrinaboyd@butchboydlawfirm.com>
> **Date:** September 5, 2024 at 8:15:32 PM CDT
> **To:** Butch Boyd <butchboyd@butchboydlawfirm.com>
> **Subject: Subpoenas**