IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | | |
|---|---|---|
| **In re:** § | | |
| **CINCH WIRELINE SERVICES, LLC** § | | **Case No. 23-51742-cag** |
| Debtor § | | **Chapter 7** |
| _____ § | | _____ |
| § | | |
| **JOHN PATRICK LOWE, CHAPTER 7** § | | |
| **TRUSTEE FOR CINCH WIRELINE** § | | |
| **SERVICES, LLC,** § | | |
| Plaintiff § | | |
| v. § | | **Adversary 24-05011-cag** |
| **FRANK THOMAS SHUMATE; MARK** § | | |
| **LOPEZ; LORETTA L. HIGGINS;** § | | |
| **TIMOTHY GAINES POLLARD; JERRY** § | | |
| **MILLER; MARTIN KROESCHE;** § | | |
| [The "Individual-Defendants"] § | | |
| **CINCH ENERGY SERVICES, LLC;** § | | |
| **CINCH INVESTMENT HOLDINGS, LLC;** § | | |
| **CES GROUP HOLDINGS, LLC; HOOK N** § | | |
| **BULL PROPERTIES, LLC; LOS CABOS** § | | |
| **RANCH, LLC; FTS RANCH, LLC; FTSJR** § | | |
| **HOLDINGS, LLC; WFO HOMES, LLC;** § | | |
| **TEXAS COAST BUILDERS, LLC; 17** § | | |
| **MAIN, LLC; GRANDER HOLDINGS,** § | | |
| **LLC; WFO, LLC; PONDER RANCH,** § | | |
| **LLC; BL EQUITY HOLDINGS, LLC;** § | | |
| **OCEAN FLOOR HOLDINGS, LLC;** *ET AL.* § | | |
| Defendants § | | |

**ORDER DENYING DEFENDANT FRANK THOMAS SHUMATE'S EXPEDITED MOTION
TO QUASH SUBPOENA**

Before this Court is Defendant Frank Thomas Shumate's Expedited Motion to Quash Subpoena (the "Motion to Quash"). The Court, having reviewed the Motion to Quash, Response to Motion to Quash, and the argument of counsel, is of the opinion that the Motion to Quash should be DENIED.

IT IS, THEREFORE, ORDERED THAT the Motion to Quash is DENIED.

###

SUBMITTED FOR ENTRY BY:

Butch Boyd
State Bar No. 00783694
Butch Boyd Law Firm, P.C.
2905 Sackett Street
Houston, TX 77098
713.589.8477
713.589.8563 (Fax)
Email: butchboyd@butchboydlawfirm.com
Copy to: katrinaboyd@butchboydlawfirm.com

Shelby A. Jordan
St. Bar No. 11016700
Antonio Ortiz
St. Bar No. 24074839
***JORDAN & ORTIZ, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone:     361.884.5678
Facsimile:     361.888.5555
Email: sjordan@jhwclaw.com
          aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**